UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| VINCENT PAUL RICE, | CIVIL NO. 18-1366 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| PETER TELLIN, | |
| Defendant. | |

The above matter comes before the Court upon the oral Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 10, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 4] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 9/11/18

    s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge